UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RAMOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAMS UNIFIED SCHOOL DISTRICT, and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | No. 2:16-cv-1941-JAM-EFB<br><br><br>ORDER |

　　　　This case was before the court on August 9, 2017, for hearing on plaintiff's motion to compel production of documents. ECF No. 9. Attorney Jill Telfer appeared on behalf of plaintiff; defendant failed to appear.

　　　　In light of defendant's failure to appear, the court ordered the hearing on plaintiff's motion continued to August 16, 2017, and notified Ms. Telfer that defendant's counsel would be ordered to show cause why sanctions should not be imposed for his failure to appear. *See* E.D. Cal. L.R. 230(i) ("Absent notice of intent to submit the matter on the briefs, failure to appear [at the hearing] . . . may result in the imposition of sanctions."); E.D. Cal. L.R. 110 (failure to comply with the court's Local Rules or court orders "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

/////

1

Before a written order to show cause issued, defendant's counsel filed a declaration explaining his failure to appear at the hearing. That declaration will be addressed at August 16, 2017 hearing on plaintiff's motion to compel.

Accordingly, it is hereby ORDERED that:

1. The hearing on plaintiff's motion to compel (ECF No. 9) is continued to August 16, 2017; and

2. Defendant's counsel shall be prepared to address his declaration, as well as whether sanctions should be imposed for his failure to appear at the August 9, 2017 hearing.

DATED: August 14, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE