James K. Ward, Esq. (SBN 117639)
Eric Garner, Esq. (SBN 131232)
EVANS, WIECKOWSKI & WARD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616

Attorneys for Defendants
Williams Unified School District, Public Entity and Judith Rossi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RAMOS, | ) Case No. 2:16-CV-01941 |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION TO MODIFY PRE-TRIAL** |
| vs. | ) **SCHEDULING ORDER (DOCUMENT 8)** |
| | ) **AS MODIFIED BY COURT ORDER** |
| WILLIAMS UNIFED SCHOOL DISTRICT | ) **(DOCUMENT 21) RE (1) EXPERT** |
| and DOES 1 through 50, | ) **DISCLOSURE DEADLINE; (2)** |
| | ) **DISCOVERY CUT-OFF; (3)** |
| Defendants. | ) **DISPOSITIVE MOTIONS; AND (4)** |
| | ) **TRIAL DATE; DECLARATIONS IN** |
| | ) **SUPPORT THEREOF; ORDER** |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by Plaintiff, ARMANDO RAMOS, by and through his attorneys, and Defendants WILLIAMS UNIFIED SCHOOL DISTRICT and JUDITH ROSSI, by and through their attorneys, stipulate that the deadlines and trial date set forth in the Court's Pre-Trial Scheduling Oder (Document 8) as modified by the Court's December 19, 2017, Order (Document 21) be continued to:

1. Expert Disclosure: 5/4/18;

2. Supplemental Expert Disclosure: 5/18/18;

STIPULATION AND ORDER - 1

3.  Discovery Cut-off:                 7/6/18;

4.  Dispositive Motion Filing:         7/10/18;

5.  Dispositive Motion Hearing:        8/7/18 @ 1:30 p.m.

6.  Joint Pretrial Statement:          9/21/18;

7.  Pretrial Conference:               9/28/18 @ 10 a.m.; and

8.  Jury Trial:                        11/5/18 @ 9 a.m.

The parties submit that good cause exists to modify the court's Pre-Trial Scheduling Order, as modified, as set forth above.

IT IS SO STIPULATED.

Dated: February 2, 2018                EVANS, WIECKOWSKI & WARD, LLP


                                       /s/ James K. Ward
                                       _____
                                       JAMES K. WARD
                                       ERIC GARNER
                                       Attorneys for Defendants WILLIAMS
                                       UNIFIED SCHOOL DISTRICT


Dated: February 2, 2018                LAW OFFICES OF JILL TELFER


                                       /s/ Jill Telfer
                                       _____
                                       JILL TELFER
                                       Attorney for Plaintiff ARMANDO RAMOS

**DECLARATION OF ERIC GARNER**

I, Eric Garner, do hereby declare and say the following:

1. I am one of the attorneys of record for the Defendants in the above-entitled action. I have prepared this Declaration as evidence in support of the parties' stipulation and request to this Court to modify the Pre-Trial Scheduling order in this case. Good cause exists to do so.

I declare under penalty of perjury under the laws of the United States of America that the facts stated above in the stipulation of the parties is true and correct. This Declaration was executed on February 2, 2018 in Sacramento, California.

/s/ Eric Garner
_____

**DECLARATION OF JILL TELFER**

I, Jill Telfer, do hereby declare and say the following:

1. I am the attorney of record for Plaintiff in the above-entitled action. I have prepared this Declaration as evidence in support of the parties' stipulation and request to this Court to modify the Pre-Trial Scheduling order in this case. Good cause exists to do so.

I declare under penalty of perjury under the laws of the United States of America that the facts stated above in the stipulation of the parties is true and correct. This Declaration was executed on February 2, 2018 in Sacramento, California.

/s/ Jill Telfer
_____

**ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court orders that the Pre-Trial Scheduling Order is hereby modified as follows:

1. Expert Disclosure: 5/4/18;
2. Supplemental Expert Disclosure: 5/18/18;
3. Discovery Cut-off: 7/6/18
4. Dispositive Motion Filing: 7/10/18;
5. Dispositive Motion Hearing: 8/7/18 @ 1:30 p.m.
6. Joint Pretrial Statement: 9/21/18;
7. Pretrial Conference: 9/28/18 @ 10 a.m.; and
8. Jury Trial: 11/5/18 @ 9 a.m.

IT IS SO ORDERED.

Dated: 2/2/2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE