UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RAMOS,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAMS UNIFIED SCHOOL DISTRICT; JUDITH ROSSI as an individual and DOES 1 through 20,<br><br>    Defendants. | No. 2:16-cv-1941-JAM-EFB<br><br>ORDER AFTER HEARING |

This case was before the court on April 11, 2018, for hearing on defendants' request to seal documents (ECF No. 36) and the parties' joint statement regarding a discovery dispute, which is construed as defendants' motion to compel plaintiff's compliance with the court's March 15, 2018 order (ECF No. 39). Attorney Jill Telfer appeared on behalf of plaintiff and attorney Eric Garner appeared on behalf of defendants.

For the reasons stated on the record, it is hereby ORDERED that:

1. Defendants' request to seal documents is denied without prejudice. By no later than April 18, 2018, defendants shall file a properly-supported request to seal in compliance with Local Rule 141. Plaintiff may join in defendants' request to seal or, by no later than April 20, 2018, file a separate response to defendants' request. Defendants' ex parte application (ECF No. 34) shall remain sealed until further order of the court.

1

2. Defendants' motion to compel plaintiff's compliance with the court's March 15, 2018 order is denied as moot.

DATED: April 12, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE