UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RAMOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAMS UNIFIED SCHOOL DISTRICT; JUDITH ROSSI as an individual and DOES 1 through 20,<br><br>　　　　Defendants. | No. 2:16-cv-1941-JAM-EFB<br><br><br>ORDER |

The parties jointly request to seal certain documents. ECF No. 43. The documents in question are those submitted by defendants with their ex parte application to enforce order compelling plaintiff to produce mental health records (ECF No. 34) and consist of the motion and its supporting exhibits. ECF Nos. 34-1 and 34-2.[1] The grounds for the request are that the documents are replete with references to plaintiff's confidential and sensitive personal medical information. ECF No. 34.

The court finds that good cause exists to seal the ex parte application and supporting exhibits. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006)

---

[1] The court previously granted plaintiff's emergency motion to temporarily seal these documents and directed defendants to file a motion to seal in compliance with Local Rule 141, which they failed to do prior to filing the confidential documents on the public docket.

1

(a party is required to show good cause "to warrant preserving the secrecy of sealed discovery material attached to non-dispositive motions.").

Accordingly, it is hereby ORDERED that:

1. The parties' joint request to seal (ECF No. 43) is granted.

2. Defendants' ex parte application to enforce order compelling plaintiff to produce mental health records and its exhibits (ECF Nos. 34, 34-1, and 34-2) shall be sealed.

3. Only plaintiff, his counsel, and defendants' counsel shall be permitted to access the sealed documents.

DATED: July 25, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE