| | |
|---|---|
| 1 | Jill P. Telfer (SBN 145450) |
| 2 | LAW OFFICES OF JILL P. TELFER |
|   | A Professional Corporation |
| 3 | 331 J Street, Suite 200 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 446-1916 |
| 5 | Facsimile: (916) 446-1726 |
| 6 | Attorney for Armando Ramos |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARMANDO RAMOS, | ) | **Case No. 2:16-cv-01941-JAM-EFB** |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION TO DISMISS ENTIRE ACTION; AND ORDER** |
| vs. | ) ) | **Before the Honorable John A. Mendez** |
| WILLIAMS UNIFIED SCHOOL DISTRICT; and DOES 1 through 20, | ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their designated counsel that the above-captioned action be dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorney's fees.

///

///

///

///

///

STIPULATION TO DISMISS ENTIRE ACTION; AND ORDER

DATED: July 25, 2018     LAW OFFICES OF JILL P. TELFER
                         A Professional Corporation


                          */s/ Jill P. Telfer*
                         JILL P. TELFER
                         Attorney for Plaintiff
                         ARMANDO RAMOS


DATED: July 25, 2018     EVANS, WIECKOWSKI, WARD &
                               SCOFFIELD, LLP


                          */s/ James K. Ward*
                         JAMES K. WARD
                         Attorneys for Defendant
                         **WILLIAMS UNIFIED SCHOOL DISTRICT and JUDITH ROSSI, Ph.D**


**IT IS SO ORDERED
DATED:  7/26/2018**

                         /s/ John A. Mendez
                         JOHN A. MENDEZ
                         Judge, U.S. District Court